United States District Court
Southern District of Texas
**ENTERED**
December 10, 2025
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | |
|---|---|
| In re: 1100 Restaurant Group, LP, <br>     Debtor. <br> ———————————— <br><br> Ronald J. Sommers, <br>     Plaintiff, <br><br> versus <br><br> Letterbox Hospitality, LLC, *et al*, <br>     Defendants. | § § § § § § § § § § § § § § § § | Civil Action Number <br> 4:25-cv-04612 <br><br><br><br><br><br> Judge Charles Eskridge |

## Order Adopting
### Report and Recommendation

Pending is a motion by Defendant Todd Mason to withdraw the reference to the bankruptcy court. Dkt 2. A response by The Trustee when pending before the bankruptcy court doesn't oppose withdrawal of the reference. See 25-ap-3319, Dkt 26. But he does request that the Bankruptcy Court handle all pretrial matters for judicial efficiency and then give notice when the matter is trial ready. Id at 2.

Bankruptcy Judge Jeffrey P. Norman issued a Report and Recommendation recommending that the reference of this case to the bankruptcy court be withdrawn because (i) the claim for breach of fiduciary duty is a non-core claim, and (ii) the defendant has made a jury demand. Dkt 1 at 1–2. But he adds that he "stands willing and ready to resolve any pre-trial matters including dispositive motions." Dkt 1 at 2.

The Report and Recommendation of the Bankruptcy Judge has been reviewed and determined to be correct. It is thus ADOPTED as the Memorandum and Order of this Court. Dkt 1.

The motion by Defendant Todd Mason for withdrawal of the reference is GRANTED. Dkt 2.

The reference is WITHDRAWN for purposes of trial only.

All pretrial matters REMAIN with the Bankruptcy Court, including consideration of any dispositive motions.

SO ORDERED.

Signed on December 5, 2025, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge